MINUTE ENTRY
CURRAULT, M. J.
JULY 30, 2025
**MJSTAR:  0:13**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MANUEL TIJERINO                   *           CIVIL ACTION

VERSUS                            *           NO. 24-2290

SPOTIFY USA INC.                  *           SECTION "B" (2)

The Court held an expedited hearing on Defendant's Motion to Quash Rule 30(b)(6) Deposition Notice and for Protective Order.  ECF Nos. 84, 86.  Plaintiff filed an Opposition.

Participating were:    Manuel Tijerino, Plaintiff;
Charles Calhoun Provine & Mark Ackal, counsel for Defendant.

After inviting argument from the parties, and for the reasons stated on the record, the Court GRANTED Defendant's Motion to Quash Plaintiff's Rule 30(b)(6) Deposition Notice and for a Protective Order (ECF No. 84), ORDERED that the Rule 30(b)(6) Deposition be re-scheduled to Thursday, August 14, 2025, ORDERED that Plaintiff and Defendant meet and confer by Friday, August 1, 2025, regarding the designated topics for the examination, and ORDERED that Plaintiff reissue the Rule 30(b)(6) notice by Monday, August 4, 2025, describing with reasonable particularity the matters for the examination, which matters must be limited to the scope authorized by Judge Lemelle during the June 24, 2025, hearing, as specified in his Orders addressing that issue.  *See* ECF Nos. 76, 83.  To ensure Plaintiff's receipt of the transcript by 12 p.m. on Monday, August 18, 2025, Defendant must pay the costs for expedited delivery of the deposition transcript.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE