**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MANUEL TIJERINO,** | **Civil Action No.** |
| **Plaintiff,** | **2:24-cv-02290-ILRL-DPC** |
| **v.** | **SECTION "B" (3)** |
| **SPOTIFY USA INC.,** | **Judge Ivan L.R. Lemelle** |
| **Defendant.** | **Magistrate Judge Donna Phillips Currault** |

**SPOTIFY USA INC.'S NOTICE OF COMPLIANCE
WITH COURT-ORDERED PRODUCTION OF 30(b)(6)
<u>DEPOSITION TRANSCRIPT AND EXHIBITS THERETO</u>**

Pursuant to the Court's June 25, 2025, Order (Rec. Doc. 76), Spotify hereby is filing the official transcript of the Rule 30(b)(6) deposition of Spotify USA Inc. (witness Lindsey Goring), taken on August 14, 2025, and signed certification and errata sheets (*See* <u>Exhibit 1</u>) and the exhibits thereto. For the convenience of the Court, the following chart matches the exhibit notation used in the deposition to the corresponding exhibit submitted with this notice:

| Exhibit Submitted <br> with This Notice | Deposition <br> Exhibit | Description |
|---|---|---|
| 2 | 3 | Spotify's Responses and Objections to Plaintiff's "Venue-Specific" Interrogatories, dated July 21, 2025 (verified by Lindsey Goring) |
| 3 | 6 | Employee 1 Offer Letter (June 14, 2017) |
| 4 | 7 | Employee 1 Employment Agreement (December 22, 2022) |
| 5 | 8 | Employee 2 Employment Agreement (June 16, 2022) |

1

| Exhibit Submitted with This Notice | Deposition Exhibit | Description |
|---|---|---|
| 6 | 9 | Employee 3 Offer Letter (October 24, 2018) |
| 7 | 10 | Employee 3 Employment Agreement (May 24, 2021) |
| 8 | 11 | Employee 4 Employment Agreement (February 17, 2022) |
| 9 | 12 | Spotify's Business Unit Guidelines |
| 10 | 13 | Spotify's Global WFA Tax Approval Guidelines |
| 11 | 14 | Spotify's Work from Anywhere Policy |
| 12 | 15 | Spotify's Work from Anywhere Policy (brochure) |
| 13 | 18 | Spotify Job Posting for an Artist and Label Partnerships Manager, GCC |
| 14 | 20 | Spotify Job Posting for an Artist and Label Partnerships Manager |
| 15 | 22 | Spotify Job Posting for an Artists and Label Partnerships Associate Manager |
| 16 | 24 | Spotify Job Posting for a Market Strategy and Operation Analyst |
| 17 | 25 | Spotify Job Posting for a Lead Workforce Planning Analyst, Customer Service, |
| 18 | 26 | ZipRecruiter Job Posting |
| 19 | 27 | "Parish Information" the United States District Court for the Eastern District of Louisiana's website, https://www.laed.uscourts.gov/court-information/parish-info |

2

| Exhibit Submitted with This Notice | Deposition Exhibit | Description |
|---|---|---|
| 20 | A | Annotated Excerpt of a page (SPOTIFYUSA_VENUE_000073) from Spotify's Work from Anywhere Policy describing Spotify's Work from Anywhere Request process |
| 21 | B | Annotated Excerpt of a page (SPOTIFYUSA_VENUE_000074) from Spotify's Work from Anywhere Policy describing Spotify's Work from Anywhere Request process |
| 22 | C | Annotated Excerpt of a page (SPOTIFYUSA_VENUE_000075) from Spotify's Work from Anywhere Policy describing Spotify's Work from Anywhere Request process |
| 23 | D | Screenshot appearing to be from the United States District Court for the Eastern District of Louisiana's website |
| 24 | E | Document entitled "Incorporated Municipalities by Parish in the Eastern District of Louisiana" |
| 25 | F | Copy of the Court's June 25th, 2025, Order (Rec. Doc. 76) |
| 26 | G | Excerpt of Plaintiff's Rule 30(b)(6) Deposition Notice (Rec. Doc. 91-1) |

For the sake of completeness, Spotify is also including as Exhibit 27 Spotify's Responses and Objections to Manuel Tijerino's First Set of Venue-Specific Requests for Admission, dated July 21, 2025.

3

Dated: August 20, 2025                Respectfully submitted,

                                      PHELPS DUNBAR LLP


                                      BY: /s/ *David L. Patrón*
                                            David L. Patrón (La. Bar #22566)
                                            Lindsay Calhoun (La. Bar #35070)
                                            Mark D. Ackal (La. Bar #41470)
                                            Canal Place, 365 Canal Street, Suite 2000
                                            New Orleans, Louisiana 70130-6534
                                            Telephone: 504-566-1311
                                            Telecopier: 504-568-9130
                                            Email: david.patron@phelps.com
                                                    lindsay.calhoun@phelps.com
                                                    mark.ackal@phelps.com

                                      Kyle W. Mooney (*pro hac vice)*
                                      MORRISON & FOERSTER LLP
                                      250 West 55th Street
                                      New York, New York  10019
                                      Tel: (212) 468.8000
                                      Email: kmooney@mofo.com

                                      John S. Douglass (*pro hac vice)*
                                      MORRISON & FOERSTER LLP
                                      425 Market Street
                                      San Francisco, CA  94105-2482
                                      Tel: (415) 268-7896
                                      Email: jdouglass@mofo.com

                                      Charles Calhoun Provine (*pro hac vice)*
                                      MORRISON & FOERSTER LLP
                                      2100 L Street, NW, Suite 900
                                      Washington, DC 20037
                                      Tel: (202) 492-6881
                                      Email: cprovine@mofo.com

                                      *Attorneys for Defendant Spotify USA Inc.*

                                        4

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 20th day of August 2025 served a copy of the foregoing on counsel for all parties to this proceeding via e-mail, and on Tijerino via certified U.S. mail and e-mail.

/s/     *David L. Patrón*

5